# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, March 4, 2020**     **Hearing Room   304**

2:30 PM
**6:20-10759**   **Tomaso Giannelli and Melanie Giannelli**     **Chapter 13**

#41.00   Hrg re status conference regarding confirmation of the chapter 13 plan

Docket   2

**Matter Notes:**

PRESENT: For Chapter 13 Trustee: Bridget Kelly

Counsel for the Debtor(s): _J. T ANIAS_

( X )   The status conference is continued to __3/25/20 AT 2:00 pm__

( )   Off Calendar

( )   For the reasons stated on the record, the Court hereby dismisses this case with no bar to refiling pursuant to 11 U.S.C. §§ 105, 1307 & 109(g), the inherent power of the court and the provisions of the court's procedures order. The dismissal of this bankruptcy case does not prevent the filing of another case by the debtor(s).

( )   For the reasons stated on the record, the Court hereby dismisses this case with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. §§ 109(g), 105, 1307 & 109(g), the inherent power of the court and the provisions of the order setting this status conference.

( )   The Court previously entered an order in this case setting an initial status conference in this chapter 13 case and directing the debtor(s) to appear today but no one did so. Accordingly, as discussed in the order setting the status conference, this bankruptcy case is hereby dismissed with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. § 109(g)(1).

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, March 4, 2020**                                      **Hearing Room 304**

### 2:30 PM
**CONT...**    **Tomaso Giannelli and Melanie Giannelli**                           **Chapter 13**

( )    Confirmation denied. Hearing continued to _____, 2020 at 2:15 p.m. as a holding date. If the debtors do not convert to chapter 7 and pay the additional filing fee within one week from today, this case will be dismissed without prejudice after one week (without a further hearing).

( )    _____

_____

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Tomaso Giannelli                           Represented By
                                            Julie J Villalobos

**Joint Debtor(s):**

Melanie Giannelli                          Represented By
                                            Julie J Villalobos

**Trustee(s):**

Rod Danielson (TR)                         Pro Se