# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, March 25, 2020**     Hearing Room     **304**

2:00 PM
**6:20-10759    Tomaso Giannelli and Melanie Giannelli**     **Chapter 13**

#43.00    Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 3-4-20

Docket    2

**Matter Notes:**

PRESENT: For Chapter 13 Trustee: Bridget Kelly

Counsel for the Debtor(s):

(X)    The status conference is continued to  6/15/20  AT  10:00 AM.

( )    Off Calendar

( )    For the reasons stated on the record, the Court hereby dismisses this case with no bar to refiling pursuant to 11 U.S.C. §§ 105, 1307 & 109(g), the inherent power of the court and the provisions of the court's procedures order. The dismissal of this bankruptcy case does not prevent the filing of another case by the debtor(s).

( )    For the reasons stated on the record, the Court hereby dismisses this case with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. §§ 109(g), 105, 1307 & 109(g), the inherent power of the court and the provisions of the order setting this status conference.

( )    The Court previously entered an order in this case setting an initial status conference in this chapter 13 case and directing the debtor(s) to appear today but no one did so. Accordingly, as discussed in the order setting the status conference, this bankruptcy case is hereby dismissed with a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. § 109(g)(1).

# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, March 25, 2020**                                                      **Hearing Room   304**

2:00 PM
**CONT...**      **Tomaso Giannelli and Melanie Giannelli**                                    **Chapter 13**
(  )   Confirmation denied. Hearing continued to _____, 2020 at 2:15 p.m. as a holding date. If the debtors do not convert to chapter 7 and pay the additional filing fee within one week from today, this case will be dismissed without prejudice after one week (without a further hearing).

(  )   _____

**Tentative Ruling:**

**3/25/2020:**

The Court has posted a ruling regarding confirmation of the chapter 13 plan. Pursuant to that ruling, no appearances are required by the debtors or counsel for the debtors at the confirmation hearing. Likewise, no appearances are required today at the status conference. Neither the debtors nor counsel for the debtors should appear today.

However, the Court would like to confer with the debtors once about the confirmed plan in order to (1) insure its essential requirements are understood by the debtors, (2) discuss the important payment issues, (3) answer any questions of the debtors, and (4) address any other pertinent issues. A discussion with the debtors should increase the debtors' understanding of the case and increase the chances of success in the case. The debtors did not appear at the prior status conference and, for scheduling reasons, appearing today will not likely be practicable (given the caseload volume expected for today).

Therefore, the Court hereby continues the status conference to June 15, 2020 at 10:00 a.m. Both debtors must appear at the continued status conference at that date and time. Counsel for the debtors is welcome to attend (and encouraged to do so). However, counsel for the debtors is not required to appear at the continued status conference. Prior to the status conference, counsel for the debtors should provide the debtors with an entered copy of the order confirming the chapter 13 plan and the debtors should bring a copy of that order to the status conference.

If the designated date and time (June 15, 2020 at 10:00 a.m.) presents a significant scheduling problem for the debtors, counsel should file a declaration

# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, March 25, 2020**                                                                 **Hearing Room    304**

2:00 PM
**CONT...    Tomaso Giannelli and Melanie Giannelli**                                              **Chapter 13**

stating as much at least a week or two prior to the status conference explaining the scheduling problem. In addition, the declaration should provide at least three or four other proposed dates (on Fridays) on which it would be convenient for the debtors to appear at a status conference.

So, in summary, the status conference is continued to June 15, 2020 at 10:00 a.m., and neither the debtors nor their counsel should appear today.

| Party Information |
|---|

**Debtor(s):**

Tomaso Giannelli                                 Represented By
                                                 Julie J Villalobos

**Joint Debtor(s):**

Melanie Giannelli                                Represented By
                                                 Julie J Villalobos

**Trustee(s):**

Rod Danielson (TR)                               Pro Se