**United States Bankruptcy Court**
**Central District of California**
Riverside
**Judge Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

**Monday, January 4, 2021**                                                                                                   **Hearing Room    304**

<u>2:15 PM</u>
**6:20-10759**    **Tomaso Giannelli and Melanie Giannelli**                                                              **Chapter 13**

   #20.00    Hrg re status conference regarding confirmation of the chapter 13 plan

              FROM: 3-4-20, 3-25-20, 6-15-20, 12-14-20

                                                    Docket    2

**Matter Notes:**

   PRESENT:

   Counsel for the Debtor(s):
   _____T. GIANNELLI / M. GIANNELLI / J. VILLALOBOS_____

   ( )    The status conference is continued to _____

   (X)    Off Calendar

   ( )    For the reasons stated on the record, the Court hereby dismisses this case with
   no bar to refiling pursuant to 11 U.S.C. §§ 105, 1307 & 109(g), the inherent power of
   the court and the provisions of the court's procedures order. The dismissal of this
   bankruptcy case does not prevent the filing of another case by the debtor(s).

   ( )    For the reasons stated on the record, the Court hereby dismisses this case with
   a 180 day bar to re-filing any other bankruptcy case, pursuant to 11 U.S.C. §§ 109(g),
   105, 1307 & 109(g), the inherent power of the court and the provisions of the order
   setting this status conference.

   ( )    The Court previously entered an order in this case setting an initial status
   conference in this chapter 13 case and directing the debtor(s) to appear today but no
   one did so. Accordingly, as discussed in the order setting the status conference, this
   bankruptcy case is hereby dismissed with a 180 day bar to re-filing any other
   bankruptcy case, pursuant to 11 U.S.C. § 109(g)(1).

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, January 4, 2021**                                                                                      **Hearing Room    304**

<u>2:15 PM</u>
**CONT...**      **Tomaso Giannelli and Melanie Giannelli**                                                      **Chapter 13**
( )    Confirmation denied. Hearing continued to _____, 2021 at 2:15 p.m.
as a holding date. If the debtors do not convert to chapter 7 and pay the additional
filing fee within one week from today, this case will be dismissed without prejudice
after one week (without a further hearing).

( )    _____

_____

**Tentative Ruling:**

| Party Information |
|---|

**Debtor(s):**

Tomaso Giannelli                                         Represented By
                                                         Julie J Villalobos

**Joint Debtor(s):**

Melanie Giannelli                                        Represented By
                                                         Julie J Villalobos

**Trustee(s):**

Rod Danielson (TR)                                       Pro Se