Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:20-bk-10759-WJ  AS OF 3/31/2021

TOMASO GIANNELLI
MELANIE GIANNELLI
13170 LONG MEADOW ST
HESPERIA, CA  92344

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/29/21 | $3,430.00 | 03/2021 | $6,860.00 |
| 03/01/21 | $3,430.00 | 02/2021 | $3,430.00 |
| 02/08/21 | $3,430.00 | 01/2021 | $3,430.00 |
| 01/12/21 | $3,430.00 | 12/2020 | $3,430.00 |
| 12/08/20 | $3,430.00 | 11/2020 | $0.00 |
| 09/15/20 | $3,430.00 | 10/2020 | $0.00 |
| 08/17/20 | $3,430.00 | 09/2020 | $3,430.00 |
| 07/20/20 | $3,430.00 | 08/2020 | $3,430.00 |
| 07/06/20 | $3,430.00 | 07/2020 | $6,860.00 |
| 05/27/20 | $3,430.00 | 06/2020 | $0.00 |
| 04/30/20 | $3,430.00 | 05/2020 | $3,430.00 |
| 04/13/20 | $3,430.00 | 04/2020 | $11,790.00 |

CURRENT CASE DISPOSITION: ACTIVE

| | | | |
|---|---|---|---|
| FILING DATE: 01/30/2020 | MONTHLY PLAN PMT AMT: $3,430.00 | FEES PAID TO ATTY: | $0.00 |
| 1ST MEETING DATE: 03/04/2020 | GROSS RECEIPTS: $51,520.00 | FEES PAID TO TRUSTEE: | $4,103.22 |
| CONFIRMATION DATE: 03/25/2020 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTORS: | $0.00 |
| TERM OF PLAN: 60 MONTHS | NET PAID CREDITORS: $44,283.82 | BALANCE ON HAND: | $3,132.96 |
| PERCENT TO UNSEC.: 100.00% | | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | OAKTREE LAW | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | AMERICAN HONDA FINANCE CORP( | SECURED | 0.00 | $30,836.00 | $30,010.28 | $0.00 | $0.00 | $0.00 |
| 0002 | QUICKEN LOANS INC | MORTGAGE ARREARS | 0.00 | $220,295.00 | $143.56 | $143.56 | $0.00 | $0.00 |
| 0003 | TD AUTO FINANCE  LLC | SECURED | 0.00 | $16,988.00 | $16,778.98 | $0.00 | $0.00 | $0.00 |
| 0004 | OAKTREE LAW * | ATTORNEY FEE - WJ | 0.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 0.00 | $19,976.00 | $20,074.58 | $4,752.29 | $0.00 | $15,322.29 |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $8,123.00 | $8,198.89 | $1,940.93 | $0.00 | $6,257.96 |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $7,416.00 | $7,444.86 | $1,762.44 | $0.00 | $5,682.42 |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $6,816.00 | $7,011.69 | $1,659.88 | $0.00 | $5,351.81 |
| 0009 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $4,542.00 | $4,571.89 | $1,082.31 | $0.00 | $3,489.58 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 0.00 | $23,490.00 | $23,175.51 | $5,486.38 | $0.00 | $17,689.13 |
| 0011 | LVNV FUNDING LLC | UNSECURED | 0.00 | $266.00 | $276.59 | $60.68 | $0.00 | $215.91 |
| 0012 | LES SCHWAB TIRE CENTERS OF CE | UNSECURED | 0.00 | $1,382.00 | $1,302.24 | $308.28 | $0.00 | $993.96 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 0.00 | $20,990.00 | $21,047.39 | $4,982.59 | $0.00 | $16,064.80 |
| 0014 | GREENSKY, LLC | UNSECURED | 0.00 | $6,591.00 | $6,777.08 | $1,604.35 | $0.00 | $5,172.73 |
| 0015 | SYNCHRONY BANK | UNSECURED | 0.00 | $8,265.00 | $8,300.03 | $1,964.88 | $0.00 | $6,335.15 |
| 0016 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $2,345.00 | $2,412.44 | $571.11 | $0.00 | $1,841.33 |
| 0017 | US BANK | UNSECURED | 0.00 | $1,131.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | $41,431.00 | $42,462.52 | $10,052.22 | $0.00 | $32,410.30 |
| 0019 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | $15,555.00 | $15,946.71 | $3,775.09 | $0.00 | $12,171.62 |
| 0020 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | $10,293.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | WELLS FARGO BANK NA | UNSECURED | 0.00 | $5,364.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0022 | CITIBANK NA | UNSECURED | 0.00 | $0.00 | $1,232.82 | $291.85 | $0.00 | $940.97 |
| 0023 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $0.00 | $7,414.66 | $1,755.28 | $0.00 | $5,659.38 |
| 0024 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $0.00 | $2,491.00 | $589.70 | $0.00 | $1,901.30 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED\*:** | | | **$137,500.64** |

\* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.