Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:20-bk-10759-WJ  AS OF 9/30/2021

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 09/27/21 | $3,430.00 | 09/2021 | $3,430.00 |
| 08/31/21 | $3,430.00 | 08/2021 | $6,860.00 |
| 08/04/21 | $3,430.00 | 07/2021 | $3,430.00 |
| 07/06/21 | $3,430.00 | 06/2021 | $3,430.00 |
| 06/01/21 | $3,430.00 | 05/2021 | $3,430.00 |
| 05/10/21 | $3,430.00 | 04/2021 | $0.00 |
| 03/29/21 | $3,430.00 | 03/2021 | $6,860.00 |
| 03/01/21 | $3,430.00 | 02/2021 | $3,430.00 |
| 02/08/21 | $3,430.00 | 01/2021 | $3,430.00 |
| 01/12/21 | $3,430.00 | 12/2020 | $3,430.00 |
| 12/08/20 | $3,430.00 | 11/2020 | $0.00 |
| 09/15/20 | $3,430.00 | 10/2020 | $0.00 |

TOMASO GIANNELLI
MELANIE GIANNELLI
13170 LONG MEADOW ST
HESPERIA, CA  92344

CURRENT CASE DISPOSITION: ACTIVE

| | | |
|---|---|---|
| FILING DATE: 01/30/2020 | MONTHLY PLAN PMT AMT: $3,430.00 | FEES PAID TO ATTY: $0.00 |
| 1ST MEETING DATE: 03/04/2020 | GROSS RECEIPTS: $72,100.00 | FEES PAID TO TRUSTEE: $4,679.46 |
| CONFIRMATION DATE: 03/25/2020 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTORS: $0.00 |
| TERM OF PLAN: 60 MONTHS | NET PAID CREDITORS: $63,990.54 | BALANCE ON HAND: $3,430.00 |
| PERCENT TO UNSEC.: 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | OAKTREE LAW | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | AMERICAN HONDA FINANCE CORP( | SECURED | 0.00 | $30,836.00 | $30,010.28 | $0.00 | $0.00 | $0.00 |
| 0002 | QUICKEN LOANS INC | MORTGAGE ARREARS | 0.00 | $220,295.00 | $143.56 | $143.56 | $0.00 | $0.00 |
| 0003 | TD AUTO FINANCE  LLC | SECURED | 0.00 | $16,988.00 | $16,778.98 | $0.00 | $0.00 | $0.00 |
| 0004 | OAKTREE LAW * | ATTORNEY FEE - WJ | 0.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 0.00 | $19,976.00 | $20,074.58 | $6,947.84 | $0.00 | $13,126.74 |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $8,123.00 | $8,198.89 | $2,837.64 | $0.00 | $5,361.25 |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $7,416.00 | $7,444.86 | $2,576.68 | $0.00 | $4,868.18 |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $6,816.00 | $7,011.69 | $2,426.76 | $0.00 | $4,584.93 |
| 0009 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $4,542.00 | $4,571.89 | $1,582.33 | $0.00 | $2,989.56 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 0.00 | $23,490.00 | $23,175.51 | $8,021.07 | $0.00 | $15,154.44 |
| 0011 | LVNV FUNDING LLC | UNSECURED | 0.00 | $266.00 | $276.59 | $95.73 | $0.00 | $180.86 |
| 0012 | LES SCHWAB TIRE CENTERS OF CE | UNSECURED | 0.00 | $1,382.00 | $1,302.24 | $450.71 | $0.00 | $851.53 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 0.00 | $20,990.00 | $21,047.39 | $7,284.53 | $0.00 | $13,762.86 |
| 0014 | GREENSKY, LLC | UNSECURED | 0.00 | $6,591.00 | $6,777.08 | $2,345.55 | $0.00 | $4,431.53 |
| 0015 | SYNCHRONY BANK | UNSECURED | 0.00 | $8,265.00 | $8,300.03 | $2,872.66 | $0.00 | $5,427.37 |
| 0016 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $2,345.00 | $2,412.44 | $834.95 | $0.00 | $1,577.49 |
| 0017 | US BANK | UNSECURED | 0.00 | $1,131.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | $41,431.00 | $42,462.52 | $14,696.33 | $0.00 | $27,766.19 |
| 0019 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | $15,555.00 | $15,946.71 | $5,519.17 | $0.00 | $10,427.54 |
| 0020 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | $10,293.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | WELLS FARGO BANK NA | UNSECURED | 0.00 | $5,364.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0022 | CITIBANK NA | UNSECURED | 0.00 | $0.00 | $1,232.82 | $426.67 | $0.00 | $806.15 |
| 0023 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $0.00 | $7,414.66 | $2,566.23 | $0.00 | $4,848.43 |
| 0024 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $0.00 | $2,491.00 | $862.13 | $0.00 | $1,628.87 |
| | | | | | | **TOTAL PRINCIPAL BALANCE OWED\*:** | | **$117,793.92** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.