| | |
|---|---|
| Sean C. Ferry (310347)<br>sferry@raslg.com<br>ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP<br>350 10th Ave., Suite 1000<br>San Diego, CA 92101<br>Telephone: (561) 613-6935<br>Attorney for USAA Federal Savings Bank | **FOR COURT USE ONLY** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| **Name of Debtor(s) listed on the bankruptcy case:**<br>Tomaso Giannelli<br>and<br>Melanie Giannelli | **CASE NO.:** 6:20-bk-10759-WJ<br>**CHAPTER:** 13 |
|---|---|
| | **CHANGE OF PAYMENT ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   - **Name(s):** USAA Federal Savings Bank c/o Weinstein & Riley, PS
   - **Mailing Address:** 2001 Western Ave., Suite 400
   - **City, State, Zip Code:** Seattle, WA 98121

3. **New Address:**
   - **Mailing Address:** (payments) PO Box 272310          (notices) 10700 Abbott's Bridge Rd, Suite 170
   - **City, State, Zip Code:** Boca Raton, FL 33427          Duluth, GA 30097

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 11/3/2021

Sean C. Ferry
**Requestor's printed name(s)**

/s/ Sean C. Ferry
**Requestor's signature(s)**

Counsel for Creditor
**Title (if applicable, of corporate officer, partner, or agent)**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                                       F 1002-1.3.CHANGE.ADDRESS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

350 10th Avenue, Suite 1000
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): _____
   Notice of Address Change
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___11/03/2021___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Rod Danielson (TR)     notice-efile@rodan13.com (Trustee)
   Arnold L Graff     agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net,jcraig@wrightlegal.net (Creditor's Counsel)
   Sheryl K Ith     sith@cookseylaw.com, sith@ecf.courtdrive.com (Creditor's Counsel)
   Elizabeth Redmond     notices@becket-lee.com (Creditor's Counsel)
   Valerie Smith     claims@recoverycorp.com (Creditor's Counsel)
   United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov (U.S. Trustee)
   Julie J Villalobos     julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com (Debtor's Counsel)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Tomaso Giannelli and
Melanie Giannelli
13170 Long Meadow St
Hesperia, CA 92344

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11-10-2021 | Andrew Smith | Andrew Smith |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                             **F 9013-3.1.PROOF.SERVICE**