# Chicago Title Company

17330 Bear Valley Road, Suite 101, Victorville, CA 92395
Phone: (760)241-8606 | Fax: (760)241-8983

## ESTIMATED SELLER'S STATEMENT

**Settlement Date:** December 27, 2021  **Escrow Number:** 7102120279
**Disbursement Date:** December 27, 2021  **Escrow Officer:** Kerry McCall
                                          **Email:** kerry.mccall@ctt.com

**Borrower:** Michael Carr

**Seller:** Tomaso Giannelli and Melanie L. Giannelli
13170 Long Meadow Street
Hesperia, CA 92344

**Property:** 13170 Long Meadow Street
Hesperia, CA 92344
Parcel ID(s): 3057-261-13-0-000

|  |  | $ DEBITS $ | CREDITS |
|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 480,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $2,091.53 | 12/27/21 to 01/01/22 ($2,091.53 / 180 X 4 days) | | 46.48 |
| **COMMISSIONS** | | | |
| Commission - Listing Agent | Re/Max Freedom $480,000.00 @ 2.0000% = $9,600.00 | 9,600.00 | |
| Commission - Selling Agent | Winston Group Realty $480,000.00 @ 2.0000% = $9,600.00 | 9,600.00 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - CALFIRPTA Reporting Fee | Chicago Title Company | 45.00 | |
| Title - Escrow Fee | Chicago Title Company | 1,310.00 | |
| Title - Seller Notary Fee | Chicago Title Company | 75.00 | |
| Title - Owner's Title Insurance | Chicago Title Company | 1,608.00 | |

Policies to be issued:
 Owners Policy
  Coverage: $480,000.00    Premium: $1,608.00   Version: ALTA Homeowner's Policy of Title Insurance 2013

|  |  | $ DEBITS $ | CREDITS |
|---|---|---|---|
| **GOVERNMENT CHARGES** | | | |
| San Bernardino County Transfer Tax ($528.00) | Chicago Title Company | 528.00 | |
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan ($197,785.43) | | | |
|  Estimated | | | |
|  Loan Payoff | | 197,785.43 | |
| **MISCELLANEOUS CHARGES** | | | |
| Property Taxes 6 months  1st 1/2 and Penalties | San Bernardino County Tax Collector | 2,228.69 | |
| Home Warranty Plan | TBD | 455.00 | |
| Natural Hazard Report | TBD | 129.00 | |

| | | |
|---|---:|---:|
| **Subtotals** | 223,364.12 | 480,046.48 |
| **Balance Due TO Seller** | **256,682.36** | |
| **TOTALS** | 480,046.48 | 480,046.48 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

_____
Tomaso Giannelli

_____
Melanie L. Giannelli

# EXHIBIT C