Julie J. Villalobos, SBN263382
**OAKTREE LAW**
10900 183rd Street Suite 270
Cerritos, CA 90703
Telephone: (562)741-3938
Fax Number: (888) 408-2210

Attorney for Debtors Tomaso Giannelli and Melanie Giannelli

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| **In Re:** ) | **Case No**    **6:20-bk-10759-WJ** |
| ) | |
| **Tomaso Giannelli and Melanie Giannelli,** ) | **NOTICE OF DEBTOR'S MOTION FOR** |
| ) | **AUTHORITY TO SELL REAL PROPERTY** |
| ) | **UNDER LBR 3015-1(P)** |
| **Debtors.** ) | |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE; CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the Debtors Tomaso Giannelli and Melanie Giannelli, (Debtors), in the above-captioned case will move this court for an order granting the authority to refinance real property. The motion is based upon the grounds set forth in the attached motion.

**Deadline for Opposition Papers and Request for a Hearing**: Any party objecting to

-1-

the attached motion must file with the court and serve on the Debtor a written objection and request for a hearing on the motion. If you fail to file a written objection within 14 days of the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Dated:                                                               OAKTREE LAW

                                                        Julie J. Villalobos, Attorney for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10900 183rd Street Suite 270 Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1(P)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/19/21**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **11/19/21**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **11/19/21** | **Julie J. Villalobos 263382** | /s/ Julie J. Villalobos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

    Rod Danielson (TR)    notice-efile@rodan13.com

    Sean C Ferry    sferry@raslg.com, sferry@ecf.courtdrive.com

    Arnold L Graff    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net,jcraig@wrightlegal.net

    Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com

    Elizabeth Redmond    notices@becket-lee.com

    Valerie Smith    claims@recoverycorp.com

    United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:
 **United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 384**

**Riverside, CA 92501**


American Honda Finance
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex/Bankruptcy
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Barclays Bank Delaware
PO BOX 8803
Wilmington, DE 19899

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank North America

Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Capital Bank/HSN
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

ComenityCapital/blnle
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitycapital/Ulta
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Les Schwab Tire Center
20900 Cooley Road
Bend, OR 97701

Quicken Loans
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Service Merchandise/Samuels Jewelry
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218

Sofi Lending Corp
Attn: Bankruptcy
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

Suntrust Bank/GreenSky
Attn: Bankruptcy
Po Box 29429
Atlanta, GA 30359

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hilss, MI 48333

US Bank
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio,, TX 78288

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328

## Manual Notice List

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587