| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie J. Villalobos 263382**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382 CA**<br>**julie@oaktreelaw.com** | |

☐ Individual appearing without attorney
☑ Attorney for

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Tomaso Giannelli**<br>    **Melanie Giannelli**<br><br><br><br><br><br><br>                                    Debtor(s) | CASE NO.: **6:20-bk-10759-WJ**<br>CHAPTER: **13**<br><br><br>**NOTICE OF LODGMENT OF ORDER IN**<br>**BANKRUPTCY CASE RE:** (title of motion[1]):<br>    <u>    **MOTION TO SELL REAL PROPERTY**    </u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>   **ORDER ON  MOTION TO SELL REAL PROPERTY**   </u> was lodged on
(date) <u> **12/8/2021**   </u> and is attached. This order relates to the motion which is docket number <u>   **58**  </u>.

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1        **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10900 183rd Street**
**Suite 270**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):   **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE   MOTION TO SELL REAL PROPERTY**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**12/8/2021**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __**12/8/2021**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/8/2021 | Julie J. Villalobos 263382 | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2              **F 9021-1.2.BK.NOTICE.LODGMENT**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Rod Danielson (TR) notice-efile@rodan13.com
Sean C Ferry sferry@raslg.com, sferry@ecf.courtdrive.com
Arnold L Graff agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net,jcraig@wrightlegal.net
Sheryl K Ith sith@cookseylaw.com, sith@ecf.courtdrive.com
Elizabeth Redmond notices@becket-lee.com
Valerie Smith claims@recoverycorp.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
United States Bankruptcy Court
**Central District of California**
**3420 Twelfth Street, Suite 384**
**Riverside, CA 92501**

American Honda Finance
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex/Bankruptcy
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Barclays Bank Delaware
PO BOX 8803
Wilmington, DE 19899

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 3      **F 9021-1.2.BK.NOTICE.LODGMENT**

Columbus, OH 43218

Comenity Capital Bank/HSN
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

ComenityCapital/blnle
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitycapital/Ulta
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Les Schwab Tire Center
20900 Cooley Road
Bend, OR 97701

Quicken Loans
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Service Merchandise/Samuels Jewelry
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218

Sofi Lending Corp
Attn: Bankruptcy
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

Suntrust Bank/GreenSky
Attn: Bankruptcy
Po Box 29429
Atlanta, GA 30359

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hilss, MI 48333

US Bank
Attn: Bankruptcy

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 4        **F 9021-1.2.BK.NOTICE.LODGMENT**

800 Nicollet Mall
Minneapolis, MN 55402

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio,, TX 78288

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328

## Manual Notice List

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.