| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Julie J. Villalobos**<br>**Oaktree Law**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382**<br>**julie@oaktreelaw.com**<br><br>☐ *Debtor appearing without attorney*<br>☒ A*ttorney for:*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*RIVERSIDE* DIVISION**

| In re:<br>Tomaso  Giannelli<br>Melanie  Giannelli | CASE NO.: 6:20-bk-10759-WJ<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:** |
| Debtor(s). | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) 11/19/2021 as docket entry number 58 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐     Granted          ☐     Denied

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                                          **F 3015-1.14.ORDER.CH13.GENRL**

☐ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☒ Granted on the following conditions:

TRUSTEE

APPROVED ON THE FOLLOWING CONDITIONS
(A) Immediately upon close of escrow debtor shall provide the Trustee with a final closing statement showing all liens paid off through escrow so Trustee can stop payments on the claim(s),
(B) Escrow is instructed to turn over excess sales proceeds, if any, to the Trustee in the amount specific in the Trustee's demand to escrow. The balance of any proceeds in excess of the Trustee's demand may be paid to the debtor(s),
(C) All lienholders consent to the terms of the sale, and the voluntary release of their liens even though the amounts owed under the applicable debt instruments may not be fully paid
(D) The Trustee is authorized to take his statutory fee on secured and priority debts paid through escrow.
TRUSTEE'S COMMENTS: Escrow is instructed to turn over $124,000 to the Chapter 13 Trustee for the benefit of creditors.

CREDITOR ROCKET MORTGAGE

Creditor does not oppose the Motion to Sell on the condition that the following provisions be included in the Order:
1. The proposed sale of the Property is subject to Creditor's Deed of Trust (Recorders Instrument Number 2019-0309927).
2. Creditor's Deed of Trust shall be paid in full, and an updated payoff will need to be requested and received prior to the sale closing.
3. Should the approved sale not close, Creditor shall retain its lien upon the Property.

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　**F 3015-1.14.ORDER.CH13.GENRL**