| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Julie J. Villalobos<br>Oaktree Law<br>10900 183rd Street<br>Suite 270<br>Cerritos, CA 90703<br>(562)741-3938 Fax: (888)408-2210<br>California State Bar Number: 263382<br>julie@oaktreelaw.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>DEC 14 2021<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gooch    DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>TOMASO GIANNELLI and<br>MELANIE GIANNELLI,<br><br>                    Debtors. | CASE NO.: 6:20-bk-10759-WJ<br><br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION TO SELL REAL PROPERTY** |
|---|---|

    On November 19, 2021, the debtors filed a motion to sell real property (docket entry number 58) and the trustee and another party have filed comments regarding that motion. The debtors have not filed a request for a hearing regarding the comments and, instead, have uploaded an order granting the motion with terms consistent with the comments.

    Therefore, the debtors are deemed to have consented to the comments and, based on those comments, the motion is hereby granted on the following conditions: (1) immediately upon the close of escrow the debtors shall provide the trustee with a final closing statement showing all liens paid off through escrow so that the trustee can stop payments on their claim, (2) the debtors shall instruct escrow to turn over $124,000 to the trustee for the benefit of creditors (the balance of any proceeds in excess of the trustee's demand may be paid to the debtors) and (3) all lienholders must consent to the terms of the sale and the voluntary release of their liens (even though the amounts owed under the applicable debt instruments may not be fully paid); and (4) the trustee is authorized to take his statutory fee on secured and priority debts paid through escrow.

###

Date: December 14, 2021

                                                      */s/ Wayne Johnson*
                                                      Wayne Johnson
                                                      United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        Page 1                              **F 3015-1.14.ORDER.CH13.GENRL**