**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>TOMASO GIANNELLI, and<br>MELANIE GIANNELLI<br><br><br><br>Debtor(s). | **Chapter 13**<br>**Case No.:  6:20-bk-10759-WJ**<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE, AND CLOSE CASE**<br><br>**(COMPLETED CASE)** |

TO:  THE ABOVE NAMED DEBTOR(S), CREDITORS, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

    NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee in the above-captioned case whose name and address is set forth in the upper left-hand corner of this notice, intends to file a Final Report, a summary of which is attached hereto; and

    NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. 350 (a) and Rule 5009, F.R.B.P.); and

    NOTICE IS FURTHER GIVEN that any objection together with a notice setting forth the date, time and location of the hearing on the objection, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor(s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

    Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of any objection, and the case will be closed accordingly.  Filing a claim or amended claim does not constitute filing an "objection" for purposes of case closing.  Contact your attorney for more information.

    Executed on 2/11/2022 at Riverside, California.

                                                                                    */s/ Rod Oal*
                                                                               Rod Danielson, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| IN RE: TOMASO GIANNELLI | MELANIE GIANNELLI | Case No.: 6:20-bk-10759-WJ |
|---|---|---|
| 50 BOWRIDGE DR. | 50 BROWRIDGE DR. | Judge: Wayne E. Johnson |
| RICHMOND HILL,  CA  31324 | RICHMOND HILL,  CA  31324 | |

# DRAFT FINAL REPORT AND ACCOUNT

This case was: **COMPLETED**

SSN#1 - XXX-XX-0811
SSN#2 - XXX-XX-0129

| This Case was: | The Plan was: | The Case was: |
|---|---|---|
| commenced on 01/30/2020 | Confirmed on 03/25/2020 | concluded on 02/10/2022 |

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:          $202,960.00

## DISTRIBUTIONS TO CREDITORS

| NAME OF CREDITOR | DESCRIPTION | CLASS | CLAIM AMOUNT | AMOUNT PAID | INTEREST PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | 19 HONDA ACCORD D/P | SECURED | 30,010.28 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | | UNSECURED | 20,074.58 | 20,074.58 | 0.00 | 0.00 |
| CITIBANK NA | BEST BUY N/S | UNSECURED | 1,232.82 | 1,232.82 | 0.00 | 0.00 |
| GREENSKY, LLC | | UNSECURED | 6,777.08 | 6,777.08 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | ASHLEY FURNITURE | UNSECURED | 2,412.44 | 2,412.44 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | | UNSECURED | 8,198.89 | 8,198.89 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | | UNSECURED | 7,444.86 | 7,444.86 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | | UNSECURED | 7,011.69 | 7,011.69 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | | UNSECURED | 4,571.89 | 4,571.89 | 0.00 | 0.00 |
| LES SCHWAB TIRE CENTERS OF CENTRAL C | | UNSECURED | 1,302.24 | 1,302.24 | 0.00 | 0.00 |
| LVNV FUNDING LLC | | UNSECURED | 21,047.39 | 21,047.39 | 0.00 | 0.00 |
| LVNV FUNDING LLC | | UNSECURED | 23,175.51 | 23,175.51 | 0.00 | 0.00 |
| LVNV FUNDING LLC | | UNSECURED | 276.59 | 276.59 | 0.00 | 0.00 |
| OAKTREE LAW * | ATTY FEES | ATTORNEY FEE | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | N/S | UNSECURED | 7,414.66 | 7,414.66 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | N/S | UNSECURED | 2,491.00 | 2,491.00 | 0.00 | 0.00 |
| QUICKEN LOANS INC | 1ST TD ARRS - PAID THRU | MORTGAGE ARR | 143.56 | 143.56 | 0.00 | 0.00 |
| SYNCHRONY BANK | PAYPAL | UNSECURED | 8,300.03 | 8,300.03 | 0.00 | 0.00 |
| TD AUTO FINANCE  LLC | 16 HONDA CRV D/P | SECURED | 16,778.98 | 0.00 | 0.00 | 0.00 |
| US BANK | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | | UNSECURED | 42,462.52 | 42,462.52 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | | UNSECURED | 15,946.71 | 15,946.71 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| TOMASO GIANNELLI | REFUND | REFUND | 0.00 | 11,659.46 | 0.00 | 0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRIN. & INT. |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 46,932.82 | 1,500.00 | 180,140.90 | | 11,659.46 | 240,233.18 | 193,443.92 |
| PRIN. PAID | 143.56 | 1,500.00 | 180,140.90 | | 11,659.46 | 193,443.92 | |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTORS' ATTORNEY | FEE ALLOWED | FEE PAID THROUGH PLAN |
|---|---|---|
| OAKTREE LAW | 0.00 | 0.00 |

| CASE NO: 6:20-bk-10759-WJ | | | TOMASO GIANNELLI, and MELANIE GIANNELLI |
|---|---|---|---|
| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | | | |
| FILING FEE & DEPOSIT: 0.00 | TRUSTEE EXP. & COMPENSATION FUND: 9,516.08 | OTHER COST: 0.00 | TOTAL: 9,516.08 |

### NOTICE Re: Accuracy of Final Report

The Final Report in this case will be filed not less than 30 days from today's date. The financial accounting portion of the Final Report represents an accurate summary of the fiscal transactions in this case. However, other information contained in the Final Report, including the number and dates of debtor defaults and plan modifications, "claim asserted" amounts, value of assets exempted or abandoned by court order, etc. may not reflect all information in the court's records, particularly in older or dismissed/converted cases. You may wish to log onto the court's document website at www.pacer.com, if you wish to verify the accuracy of non-financial information in the Final Report. There is a charge for accessing this website.

DATED: February 11, 2022

_____
Rod Danielson, Chapter 13 Trustee

| In re: **TOMASO GIANNELLI**<br>**MELANIE GIANNELLI**<br>Debtor(s) | **Chapter: 13**<br>Case Number: **6:20-bk-10759-WJ** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **02/11/2022** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**julie@oaktreelaw.com**

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **2/11/2022** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/11/2022 | TONY HO | /s/ Tony Ho |
|---|---|---|
| Date | Type Name | Tony Ho |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012    FG:046    Page 4 of 5    F 9013-3.1.PROOF.SERVICE

| In re: **TOMASO GIANNELLI** <br> **MELANIE GIANNELLI** <br> Debtor(s) | **Chapter: 13** <br> Case Number: **6:20-bk-10759-WJ** |
|---|---|

## PROOF OF SERVICE - CONTINUED

TOMASO GIANNELLI
50 BOWRIDGE DR.
RICHMOND HILL, CA 31324

MELANIE GIANNELLI
50 BROWRIDGE DR.
RICHMOND HILL, CA 31324

US BANK
ATTN: BANKRUPTCY
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

USAA FEDERAL SAVINGS BANK
ATTN: BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO,, TX 78288

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
DES MOINES, IA 50328

OAKTREE LAW *
10900 183RD STREET
STE 270
CERRITOS, CA 90703

AMERICAN HONDA FINANCE
CORPORATION
PO BOX 168088
IRVING, TX 75016-8088

LES SCHWAB TIRE CENTERS OF
CENTRAL CA, INC
PO BOX 5350
BEND, OR 97708

JPMORGAN CHASE BANK NA
PO BOX 15368
WILLMINGTON, DE 19850

QUICKEN LOANS INC
635 WOODWARD AVE
DETROIT, MI 48226

GREENSKY, LLC
PO BOX 2153, DEPT #3025
BIRMINGHAM, AL 35287-3025

USAA FEDERAL SAVINGS BANK
C/O WEINSTEIN & RILEY, PS
PO BOX 3978
SEATTLE, WA 98124-3978

BANK OF AMERICA NA
PO BOX 15102
WILMINGTON, DE 19886-5102

LVNV FUNDING LLC
C/O RESURGENT CAPITAL
SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

JEFFERSON CAPITAL SYSTEMS,
LLC
PO BOX 772813
CHICAGO, IL 60677-2813

SYNCHRONY BANK
C/O PRA RECEIVABLES
MANAGMENT LLC
PO BOX 41031
NORFOLK, VA 23541

CITIBANK NA
6716 GRADE LN
BLDG 9, STE 910-PY DEPT
LOUISVILLE, KY 40213-3439

PORTFOLIO RECOVERY
ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

TD AUTO FINANCE  LLC
PO BOX 16041
LEWISTON, ME 04243-9523

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012    FG:046    Page 5 of 5    **F 9013-3.1.PROOF.SERVICE**