United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-10759-WJ |
| Tomaso Giannelli | Chapter 13 |
| Melanie Giannelli | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 04, 2022 | Form ID: van110 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tomaso Giannelli, Melanie Giannelli, 50 Bowridge Dr, Richmond Hill, GA 31324-7258 |
| cr | + | Quicken Loans Inc., Wright, Finlay & Zak, LLP, c/o Arnold L Graff, Esq., SBN 269170, 4665 MacArthur Court, Ste 200, Newport Beach, CA 92660-1811 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, Wright, Finlay & Zak, LLP, 4665 MacArthur Court, Suite 200, Newport Beach, CA 92660-1811 |
| 40119203 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 40223574 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 40119209 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 40119210 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 40119215 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 40119217 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Mar 05 2022 00:17:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 05 2022 00:17:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 05 2022 00:17:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 40119202 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 05 2022 00:17:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 40126849 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 05 2022 00:17:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 40335149 | | Email/PDF: bncnotices@becket-lee.com | Mar 05 2022 00:15:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 40142852 | + | Email/PDF: bncnotices@becket-lee.com | Mar 05 2022 00:15:12 | Amex, Correspondence Bankruptcy, PO Box 981540, El Paso TX 79998-1540 |
| 40142851 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 05 2022 00:17:00 | Barclays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 40119205 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2022 00:25:20 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 40119206 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2022 00:25:22 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 40242193 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2022 00:25:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

Case 6:20-bk-10759-WJ   Doc 74   Filed 03/06/22   Entered 03/06/22 21:14:06   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2022 | Form ID: van110 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 40142853 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 05 2022 00:17:00 | | Comenity Bank Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus OH 43218-2125 |
| 40142854 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 05 2022 00:17:00 | | Comenity Capital Bank HSN, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40142855 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 05 2022 00:17:00 | | Comenity Capital Blnle, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40142856 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 05 2022 00:17:00 | | Comenity Capital Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40193105 | + | Email/Text: bankruptcy@greenskycredit.com Mar 05 2022 00:17:00 | | Greensky, LLC, 1797 Northeast Expressway Suite 100, Atlanta, GA 30329-2451 |
| 40238328 | | Email/Text: JCAP_BNC_Notices@jcap.com Mar 05 2022 00:17:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 40119204 | | Email/PDF: ais.chase.ebn@aisinfo.com Mar 05 2022 00:15:05 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 40154027 | + | Email/Text: RASEBN@raslg.com Mar 05 2022 00:17:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 40335124 | | Email/PDF: resurgentbknotifications@resurgent.com Mar 05 2022 00:15:14 | | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40235351 | | Email/PDF: resurgentbknotifications@resurgent.com Mar 05 2022 00:15:07 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40119207 | + | Email/Text: ZyCredit.A.User@lesschwab.com Mar 05 2022 00:17:00 | | Les Schwab Tire Center, P.O. Box 5350, Bend, Or 97708-5350 |
| 40241782 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2022 00:15:06 | | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 40119208 | + | Email/Text: bankruptcyteam@quickenloans.com Mar 05 2022 00:17:00 | | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 40171164 | + | Email/Text: bankruptcyteam@quickenloans.com Mar 05 2022 00:17:00 | | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 40241934 | | Email/Text: lhunsaker@sofi.org Mar 05 2022 00:17:00 | | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 |
| 40119211 | + | Email/PDF: gecsedi@recoverycorp.com Mar 05 2022 00:15:07 | | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 40240716 | + | Email/PDF: gecsedi@recoverycorp.com Mar 05 2022 00:14:57 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 40119212 | + | Email/PDF: gecsedi@recoverycorp.com Mar 05 2022 00:14:57 | | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 40134933 | | Email/Text: jaxbanko@td.com Mar 05 2022 00:17:00 | | TD Auto Finance LLC, P.O. Box 16041, Lewiston, ME 04243-9523 |
| 40119213 | + | Email/Text: jaxbanko@td.com Mar 05 2022 00:17:00 | | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 40119214 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Mar 05 2022 00:17:00 | | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 40221565 | + | Email/Text: RASEBN@raslg.com Mar 05 2022 00:17:00 | | USAA FEDERAL SAVINGS BANK, C/O WEINSTEIN & RILEY, PS, 10700 Abbott's Bridge Rd Ste 170, Duluth GA 30097-8461 |

TOTAL: 33

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2022 | Form ID: van110 | Total Noticed: 42 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | TD Auto Finance LLC |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 40119216 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arnold L Graff | on behalf of Creditor Quicken Loans Inc. agraff@wrightlegal.net bkudgeneralupdates@wrightlegal.net |
| Arnold L Graff | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net |
| Elizabeth Redmond | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| Julie J Villalobos | on behalf of Debtor Tomaso Giannelli julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Julie J Villalobos | on behalf of Joint Debtor Melanie Giannelli julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sean C Ferry | on behalf of Creditor USAA Federal Savings Bank sferry@raslg.com sferry@ecf.courtdrive.com |
| Sheryl K Ith | on behalf of Creditor TD Auto Finance LLC sith@cookseylaw.com sith@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 10

(Form van110−dbcrtn/dbcrtni VAN−110)
Rev. 12/09

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Tomaso Giannelli

**SSN:** xxx−xx−0811
**EIN:** N/A
Melanie Giannelli

**SSN:** xxx−xx−0129
50 Bowridge Dr
Richmond Hill, GA 31324

**BANKRUPTCY NO.** 6:20−bk−10759−WJ
**CHAPTER** 13

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above−captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14−days from the date of this notice:

1. File a written objection to entry of discharge;
2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and
3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: March 4, 2022

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court