| | |
|---|---|
| In re:  **TOMASO GIANNELLI**<br>**MELANIE GIANNELLI**<br><br>Debtors | **Chapter: 13**<br><br>Case Number: **6:20-bk-10759-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUN**T will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **03/15/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**US Trustee: ustpregion16.rs.ecf@usdoj.gov**
**julie@oaktreelaw.com**

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **03/15/2022** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

TOMASO GIANNELLI  
50 BOWRIDGE DR.  
RICHMOND HILL, CA  31324

MELANIE GIANNELLI  
50 BROWRIDGE DR.  
RICHMOND HILL, CA  31324

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 03/15/2022 | Tony Ho | */s/ Tony Ho* |
| Date | Type Name | Signature |

| In re:  **TOMASO GIANNELLI** **MELANIE GIANNELLI** Debtors | **Chapter: 13** Case Number: **6:20-bk-10759-WJ** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT CONTINUED

AMERICAN HONDA FINANCE
CORPORATION
PO BOX 168088
IRVING, TX  75016-8088

BANK OF AMERICA NA
PO BOX 15102
WILMINGTON, DE  19886-5102

CITIBANK NA
6716 GRADE LN
BLDG 9, STE 910-PY DEPT
LOUISVILLE, KY  40213-3439

GREENSKY, LLC
PO BOX 2153, DEPT #3025
BIRMINGHAM, AL  35287-3025

JEFFERSON CAPITAL SYSTEMS,
LLC
PO BOX 772813
CHICAGO, IL  60677-2813

JPMORGAN CHASE BANK NA
PO BOX 15368
WILLMINGTON, DE  19850

LES SCHWAB TIRE CENTERS OF
CENTRAL CA, INC
PO BOX 5350
BEND, OR  97708

LVNV FUNDING LLC
C/O RESURGENT CAPITAL
SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

OAKTREE LAW *
10900 183RD STREET
STE 270
CERRITOS, CA  90703

PORTFOLIO RECOVERY
ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA  23541

QUICKEN LOANS INC
635 WOODWARD AVE
DETROIT, MI  48226

SYNCHRONY BANK
C/O PRA RECEIVABLES
MANAGMENT LLC
PO BOX 41031
NORFOLK, VA  23541

TD AUTO FINANCE  LLC
PO BOX 16041
LEWISTON, ME  04243-9523

US BANK
ATTN: BANKRUPTCY
800 NICOLLET MALL
MINNEAPOLIS, MN  55402

USAA FEDERAL SAVINGS BANK
ATTN: BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO,, TX  78288

USAA FEDERAL SAVINGS BANK
C/O WEINSTEIN & RILEY, PS
PO BOX 3978
SEATTLE, WA  98124-3978

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
DES MOINES, IA  50328