United States Bankruptcy Court

Central District of California

In re:  
Tomaso Giannelli  
Melanie Giannelli  
    Debtors

Case No. 20-10759-WJ  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 15, 2022 | Form ID: van111 | Total Noticed: 42 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tomaso Giannelli, Melanie Giannelli, 50 Bowridge Dr, Richmond Hill, GA 31324-7258 |
| cr | + | Quicken Loans Inc., Wright, Finlay & Zak, LLP, c/o Arnold L Graff, Esq., SBN 269170, 4665 MacArthur Court, Ste 200, Newport Beach, CA 92660-1811 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, Wright, Finlay & Zak, LLP, 4665 MacArthur Court, Suite 200, Newport Beach, CA 92660-1811 |
| 40119203 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 40223574 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 40119209 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 40119210 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 40119215 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 40119217 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Mar 16 2022 00:28:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 16 2022 00:28:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 16 2022 00:28:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 40119202 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 16 2022 00:28:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 40126849 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 16 2022 00:28:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 40335149 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2022 00:34:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 40142852 | + | Email/PDF: bncnotices@becket-lee.com | Mar 16 2022 00:34:35 | Amex, Correspondence Bankruptcy, PO Box 981540, El Paso TX 79998-1540 |
| 40142851 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 16 2022 00:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 40119205 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 00:34:56 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 40119206 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 00:34:56 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 40242193 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 00:34:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: van111 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 40142853 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2022 00:28:00 | Comenity Bank Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus OH 43218-2125 |
| 40142854 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2022 00:28:00 | Comenity Capital Bank HSN, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40142855 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2022 00:28:00 | Comenity Capital Blnle, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40142856 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2022 00:28:00 | Comenity Capital Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40193105 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 16 2022 00:28:00 | Greensky, LLC, 1797 Northeast Expressway Suite 100, Atlanta, GA 30329-2451 |
| 40238328 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 16 2022 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 40119204 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2022 00:34:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 40154027 | + | Email/Text: RASEBN@raslg.com | Mar 16 2022 00:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 40335124 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2022 00:34:56 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40235351 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2022 00:34:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40119207 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Mar 16 2022 00:28:00 | Les Schwab Tire Center, P.O. Box 5350, Bend, Or 97708-5350 |
| 40241782 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2022 00:34:36 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 40119208 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 16 2022 00:28:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 40171164 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 16 2022 00:28:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 40241934 | | Email/Text: lhunsaker@sofi.org | Mar 16 2022 00:28:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 |
| 40119211 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2022 00:34:34 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 40240716 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2022 00:34:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 40119212 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2022 00:34:55 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 40134933 | | Email/Text: jaxbanko@td.com | Mar 16 2022 00:28:00 | TD Auto Finance LLC, P.O. Box 16041, Lewiston, ME 04243-9523 |
| 40119213 | + | Email/Text: jaxbanko@td.com | Mar 16 2022 00:28:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 40119214 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 16 2022 00:28:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 40221565 | + | Email/Text: RASEBN@raslg.com | Mar 16 2022 00:28:00 | USAA FEDERAL SAVINGS BANK, C/O WEINSTEIN & RILEY, PS, 10700 Abbott's Bridge Rd Ste 170, Duluth GA 30097-8461 |

TOTAL: 33

Case 6:20-bk-10759-WJ    Doc 79    Filed 03/17/22    Entered 03/17/22 21:15:43    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: van111 | Total Noticed: 42 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | TD Auto Finance LLC |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 40119216 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnold L Graff | on behalf of Creditor Quicken Loans Inc. agraff@wrightlegal.net bkudgeneralupdates@wrightlegal.net |
| Arnold L Graff | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net |
| Elizabeth Redmond | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| Julie J Villalobos | on behalf of Debtor Tomaso Giannelli julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Julie J Villalobos | on behalf of Joint Debtor Melanie Giannelli julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sean C Ferry | on behalf of Creditor USAA Federal Savings Bank sferry@raslg.com sferry@ecf.courtdrive.com |
| Sheryl K Ith | on behalf of Creditor TD Auto Finance LLC sith@cookseylaw.com sith@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 10

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

### NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Tomaso Giannelli
**SSN:** xxx−xx−0811
**EIN:** N/A
Melanie Giannelli
**SSN:** xxx−xx−0129
50 Bowridge Dr
Richmond Hill, GA 31324

**BANKRUPTCY NO.** 6:20−bk−10759−WJ
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: March 15, 2022

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111)

**76 / DR**