United States Bankruptcy Court

Central District of California

In re:   Case No. 20-10759-WJ
Tomaso Giannelli   Chapter 13
Melanie Giannelli
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 4
Date Rcvd: Apr 29, 2022      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tomaso Giannelli, Melanie Giannelli, 50 Bowridge Dr, Richmond Hill, GA 31324-7258 |
| cr | + | Quicken Loans Inc., Wright, Finlay & Zak, LLP, c/o Arnold L Graff, Esq., SBN 269170, 4665 MacArthur Court, Ste 200, Newport Beach, CA 92660-1811 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, Wright, Finlay & Zak, LLP, 4665 MacArthur Court, Suite 200, Newport Beach, CA 92660-1811 |
| 40119209 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 40119210 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Apr 30 2022 04:13:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 30 2022 04:13:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 30 2022 00:15:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 40119202 | | EDI: HNDA.COM | Apr 30 2022 04:13:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 40126849 | | EDI: HNDA.COM | Apr 30 2022 04:13:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 40335149 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2022 00:16:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 40142852 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2022 00:16:46 | Amex, Correspondence Bankruptcy, PO Box 981540, El Paso TX 79998-1540 |
| 40119203 | + | EDI: BANKAMER.COM | Apr 30 2022 04:13:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 40223574 | + | EDI: BANKAMER2.COM | Apr 30 2022 04:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 40142851 | + | EDI: TSYS2 | Apr 30 2022 04:13:00 | Barclays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 40119205 | + | EDI: CITICORP.COM | Apr 30 2022 04:13:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 40119206 | | EDI: CITICORP.COM | Apr 30 2022 04:13:00 | Citibank North America, Citibank SD MC 425, |

Case 6:20-bk-10759-WJ    Doc 83    Filed 05/01/22    Entered 05/01/22 21:16:40    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-6 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 3180W | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 40242193 | | EDI: CITICORP.COM | Apr 30 2022 04:13:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 5800 South Corp Place, Sioux Falls, SD 57108 |
| 40142853 | + | EDI: WFNNB.COM | Apr 30 2022 04:13:00 | Comenity Bank Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus OH 43218-2125 |
| 40142854 | + | EDI: WFNNB.COM | Apr 30 2022 04:13:00 | Comenity Capital Bank HSN, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40142855 | + | EDI: WFNNB.COM | Apr 30 2022 04:13:00 | Comenity Capital Blnle, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40142856 | + | EDI: WFNNB.COM | Apr 30 2022 04:13:00 | Comenity Capital Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus OH 43218-2125 |
| 40193105 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 30 2022 00:15:00 | Greensky, LLC, 1797 Northeast Expressway Suite 100, Atlanta, GA 30329-2451 |
| 40238328 | | EDI: JEFFERSONCAP.COM | Apr 30 2022 04:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 40119204 | | EDI: JPMORGANCHASE | Apr 30 2022 04:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 40154027 | + | Email/Text: RASEBN@raslg.com | Apr 30 2022 00:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 40335124 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2022 00:16:31 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40235351 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2022 00:16:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40119207 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Apr 30 2022 00:16:00 | Les Schwab Tire Center, P.O. Box 5350, Bend, Or 97708-5350 |
| 40241782 | | EDI: PRA.COM | Apr 30 2022 04:13:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 40119208 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 30 2022 00:16:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 40171164 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 30 2022 00:16:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 40241934 | | Email/Text: specialservicing@sofi.com | Apr 30 2022 00:15:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 |
| 40119209 | ^ | MEBN | Apr 30 2022 00:13:37 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 40119211 | + | EDI: RMSC.COM | Apr 30 2022 04:13:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 40240716 | + | EDI: RMSC.COM | Apr 30 2022 04:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 40119212 | + | EDI: RMSC.COM | Apr 30 2022 04:13:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 40134933 | | EDI: LCITDAUTO | Apr 30 2022 04:13:00 | TD Auto Finance LLC, P.O. Box 16041, Lewiston, ME 04243-9523 |
| 40119213 | + | EDI: LCITDAUTO | Apr 30 2022 04:13:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 40119214 | | EDI: USBANKARS.COM | Apr 30 2022 04:13:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |

Case 6:20-bk-10759-WJ    Doc 83    Filed 05/01/22    Entered 05/01/22 21:16:40    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 3180W | Total Noticed: 42 |

| 40221565 | + Email/Text: RASEBN@raslg.com | Apr 30 2022 00:15:00 | USAA FEDERAL SAVINGS BANK, C/O WEINSTEIN & RILEY, PS, 10700 Abbott's Bridge Rd Ste 170, Duluth GA 30097-8461 |
| --- | --- | --- | --- |
| 40119215 | + EDI: USAA.COM | Apr 30 2022 04:13:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 40119217 | + EDI: WFFC.COM | Apr 30 2022 04:13:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| intp | | Courtesy NEF |
| cr | | TD Auto Finance LLC |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 40119216 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Arnold L Graff | on behalf of Creditor Quicken Loans Inc. agraff@wrightlegal.net bkudgeneralupdates@wrightlegal.net |
| Arnold L Graff | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net |
| Elizabeth Redmond | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| Julie J Villalobos | on behalf of Debtor Tomaso Giannelli julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Julie J Villalobos | on behalf of Joint Debtor Melanie Giannelli julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sean C Ferry | on behalf of Creditor USAA Federal Savings Bank sferry@raslg.com  sferry@ecf.courtdrive.com |

District/off: 0973-6 | User: admin | Page 4 of 4
Date Rcvd: Apr 29, 2022 | Form ID: 3180W | Total Noticed: 42

Sheryl K Ith
    on behalf of Creditor TD Auto Finance LLC sith@cookseylaw.com sith@ecf.courtdrive.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Tomaso Giannelli** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–0811** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Melanie Giannelli** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–0129** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | |
| Case number:   **6:20–bk–10759–WJ** | | |

## Order of Discharge – Chapter 13                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tomaso Giannelli

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/29/22

**Dated:** 4/29/22

Melanie Giannelli

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 4/29/22

**By the court:**    Wayne E. Johnson
                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

82/SH

For more information, see page 2 >

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**